THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MADELINE WEBB, Appellant.

Argued January 9, 1945; decided March 1, 1945.

*Arnold Cohen* and *I. Maurice Wormser* for appellant.
*Frank S. Hogan,. District Attorney (Richard G. Denzer* and *Whitman Knapp* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER, and DYE, JJ.